1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                   SOUTHERN DISTRICT OF CALIFORNIA

10

11    MICHAEL KAYE,                              )    Case No. 07CV921 WQH (WMc)
                                                 )
12                          Plaintiff,           )    **ORDER FOLLOWING CASE**
                                                 )    **MANAGEMENT CONFERENCE**
13    v.                                         )
                                                 )
14    BOARD OF TRUSTEES OF THE SAN               )
      DIEGO COUNTY PUBLIC LAW                    )
15    LIBRARY,                                   )
                                                 )
16                          Defendants.          )

17    ─────────────────────────────────

18          On August 21, 2007, the Court held a Case Management Conference in the above entitled

19    action.  Appearing for Plaintiff was Michael Kaye.  Appearing for Defendant was Margaret Bell,

20    Esq.

21          After meeting with the parties and counsel of record, the Court issues the following orders:

22          1.      At the present time, the parties may conduct only written discovery.  No depositions

23                  shall be taken until further order of the Court;

24          2.      The Court will hold a telephonic status conference **on *September 20, 2007* at *9:15**

25                  *a.m.** Attorney Bell is ordered to contact Plaintiff pro se on the day and at the time

26                  indicated above and then initiate a joint call to the Court at (619) 557-6624.

27    ///

28    ///

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: August 22, 2007

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD

07cv921 WQH (WMc)