UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KAYE,               ) | Case No. 07CV921 WQH (WMc) |
| )                         Plaintiff,      ) | **ORDER** |
| v.                                                    ) | |
| BOARD OF TRUSTEES OF THE SAN ) DIEGO COUNTY PUBLIC LAW        ) LIBRARY,                                    ) | |
| Defendants. | |

   Due to the San Diego fires and subsequent Court closure, the telephonic status conference scheduled for October 22nd was not held.  A further *telephonic* status conference will now be held on ***November 6, 2007*** at ***9:15 a.m.***  Counsel for the defense is ordered to contact Plaintiff pro se on the day and at the time indicated above and initiate a joint call to the Court at (619) 557-6624.

   **IT IS SO ORDERED.**

DATED: October 29, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ W. McCurine Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William McCurine, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD

07cv921 WQH (WMc)