UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KAYE,                  )<br>                                            )<br>            Plaintiff,          )<br>                                            )<br> v.                                       )<br>                                            )<br> BOARD OF TRUSTEES OF THE SAN )<br> DIEGO COUNTY PUBLIC LAW )<br> LIBRARY,                          )<br>                                            )<br>            Defendants.        ) | Case No. 07CV921 WQH (WMc)<br><br>**ORDER** |

On November 6, 2007, the Court held a telephonic status conference in the above-entitled action. Appearing for Plaintiff was Michael Kaye. Appearing for Defendant was Eric Volkert, Esq. The Court will hold a further *telephonic* status conference **on <u>December 6, 2007</u>** at **<u>9:15 a.m.</u>** Counsel for the defense is ordered to contact Plaintiff pro se on the day and at the time indicated above and then initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: November 6, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD