UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL KAYE, | ) | Case No. 07CV921 WQH (WMc) |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| BOARD OF TRUSTEES OF THE SAN DIEGO COUNTY PUBLIC LAW LIBRARY, | ) ) ) ) | |
| Defendants. | | |

On December 6, 2007, the Court held a telephonic status conference in the above-entitled action. Appearing for Plaintiff was Michael Kaye. Appearing for Defendant was Margaret Bell, Esq. The Court will hold a further *telephonic* status conference **on <u>January 14, 2008</u> at <u>9:15 a.m.</u>** Counsel for the defense is ordered to contact Plaintiff pro se on the day and at the time indicated above and then initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: December 6, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE WILLIAM Q. HAYES, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD